IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50340
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

CLIFTON CURRY,

                              Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CR-81-1
- - - - - - - - - - -
June 2, 1998
Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

        Clifton Curry seeks leave to proceed in forma pauperis on

appeal.  Curry fails to raise any nonfrivolous issues for appeal.

See Johnson v. United States, 352 U.S. 565, 566 (1957); United

States v. Boutwell, 896 F.2d 884, 889-90 (5th Cir. 1990)(one-

judge order).  Accordingly, his motion is DENIED.  Because the

appeal is frivolous, it is DISMISSED.  See 5TH CIR. R. 42.2.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.